1  KENNETH L. NISSLY, Cal. Bar No. 077589
   SUSAN van KEULEN, Cal. Bar No. 136060
2  W. SAMUEL NIECE, Cal. Bar No. 148645
   THELEN REID & PRIEST LLP
3  225 West Santa Clara Street, Suite 1200
   San Jose, California 95113-1723
4  Telephone: (408) 292-5800
   Facsimile:  (408) 287-8040
5
   WILLIAM STEPHEN BOYD (*pro hac vice*)
6  HUNTON & WILLIAMS
   1601 Bryan Street, 30th Floor
7  Dallas, Texas  75201-3402
   Telephone: (214) 979-3000
8  Facsimile:  (214) 880-0011

9  Attorneys for Plaintiff
   TXU ENERGY RETAIL COMPANY LP,
10 fka TXU ENERGY TRADING COMPANY,
   dba TXU ENERGY SERVICES

11

12                    UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15                                                *E-FILED - 6/15/05*

16 | TXU ENERGY RETAIL COMPANY LP,          | CASE NO.:  C01-20289 RMW
   | fka TXU ENERGY TRADING COMPANY,        |
   | dba TXU ENERGY SERVICES,               | **SUPPLEMENTAL JOINT CASE
17 |                                        | MANAGEMENT STATEMENT AND
   |              Plaintiff,                | ORDER CONTINUING
18 |                                        | CASE MANAGEMENT
   |      vs.                               | CONFERENCE BY 60 DAYS**
19 |                                        | [Civil L.R. 16-10(d)]
   | AGRI-CEL, INC., ASSOCIATED ASPHALT     |
20 | PAVING MATERIALS, DELANO GROWERS       | [Current] Date:    June 17, 2005
   | GRAPE PRODUCTS, GRANITE                | Time:              10:30 a.m.
21 | CONSTRUCTION COMPANY, ILLINOIS         | Courtroom:         6
   | TOOL WORKS, INC., J.G. BOSWELL         |
22 | COMPANY, LEPRINO FOODS COMPANY,        |
   | INC., ADVANCED FOOD PRODUCTS LLC as    |
23 | Successor by Merger to REAL FRESH, INC.,|
   | STYROTEK, INC., CANANDAIGUA WINE       |
24 | COMPANY, INC., MITSUBISHI CEMENT       |
   | CORPORATION, and APTCO, LLC,           |
25 |                                        |
   |              Defendants.               |
26

27

28

THELEN REID
& PRIEST LLP

**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE BY 60 DAYS**
Case No. C01-20289 RMW

## I.     INTRODUCTION

Plaintiff TXU has settled with all but one of the defendants, and is still in settlement discussion with the remaining defendant. The status as to each defendant is as follows:

Settled and Dismissed:

| | |
|---|---|
| Associated Asphalt | Docket Nos. 314 (stipulation) and 317 (order) |
| J. G. Boswell Company | Docket Nos. 319 (stipulation) and 325 (order) |
| Canandaigua Wine Company | Docket Nos. 320 (stipulation) and 326 (order) |
| Agri-Cel, Inc. | Docket Nos. 321 (stipulation) and 327 (order) |
| Delano Growers Grape Products | Docket Nos. 322 (stipulation) and 328 (order) |
| Mitsubishi Cement | Docket Nos. 323 (stipulation) and 329 (order) |
| Sytrotek, Inc. | Docket Nos. 324 (stipulation) and 330 (order) |

Settled, Stipulation to Dismissal to be Filed in Next Few Days:

- Granite Construction
- Advanced Foods
- Illinois Tool Works
- Aptco, LLC

Settlement Discussions Still Pending:

- Leprino Foods

## II.     SCHEDULES

Discovery is open as of May 30, 2005, to be concluded by November 30, 2005. By its March 30, 2005 Order the Court endorsed a tentative schedule leading to trial in late April, 2006, as indicated in the second column of the table below. However, counsel for Leprino Foods has another matter set for trial in Colorado in May 2006[1], and requests that trial of this matter be slipped from April 2006 to August 2006. TXU does not oppose this request.

---

[1] *Leprino Foods Company v. Big-D Construction*, U.S.D.C. Colo. Case No. 03-MK-2669 (PAC).

THELEN REID
& PRIEST LLP

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE BY 60 DAYS**
Case No. C01-20289 RMW

Accordingly, the parties request that the Case Management Conference currently set for June 17, 2005 be continued to August 19, 2005, at which time a definitive date can be set for trial if TXU and Leprino Foods have not reached a settlement.

| Event | Per 03/30/05 Order | Revised Proposal |
|---|---|---|
| Trial | Late April 2006 | Early August 2006 |
| Further Case Management Conference | June 17, 2005 | August 19, 2005 |
| Final Pretrial Conference | April 2006 | July 2006 |
| Last Day to Hear Dispositive Motions | March 2006 | June 2006 |
| Expert Depositions Completed by | January 2006 | January 200 |
| Expert Disclosures | November 30, 2005 | November 30, 2005 |
| Fact Discovery Completed by | November 30, 2005 | November 30,2005 |

THELEN REID
& PRIEST LLP

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE BY 60 DAYS**
Case No. C01-20289 RMW

| | |
|---|---|
| Dated: June 7, 2005 | THELEN REID & PRIEST LLP<br>KENNETH L. NISSLY<br>SUSAN van KEULEN<br>W. SAMUEL NIECE<br><br>HUNTON & WILLIAMS<br>WILLIAM STEPHEN BOYD<br><br>Attorneys for<br>TXU ENERGY RETAIL COMPANY LP, successor by merger to Plaintiff TXU ENERGY TRADING COMPANY dba TXU ENERGY SERVICES<br><br>By: _____/s/_____ |
| Dated: June 7, 2005 | RUTAN & TUCKER LLP<br>WILLIAM T. ELIOPOULOS<br>ERIN-LEIGH HENDERSON<br>Attorneys for Defendant<br>GRANITE CONSTRUCTION COMPANY<br><br>By: _____/s/_____ |
| Dated: June 7, 2005 | BACIGALUPI, NEUFELD & ROWLEY<br>DANIEL J. ROWLEY<br>Attorneys for Defendant<br>APTCO, LLC<br><br>By: _____/s/_____ |
| Dated: June 7, 2005 | BECHERER KANNETT & SCHWEITZER<br>LORI A. SCHWEITZER<br>ANGUS MACLEOD<br>Attorneys for Defendant<br>ILLINOIS TOOL WORKS.<br><br>By: _____ |

THELEN REID & PRIEST LLP

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE BY 60 DAYS**
Case No. C01-20289 RMW

| | |
|---|---|
| 1  Dated: June 7, 2005 | JACOBSON MARKHAM, LLP |
| 2 | PATRICK T. MARKHAM |
|   | RICHARD M. JACOBSON |
| 3 | Attorneys for Defendant |
|   | LEPRINO FOODS COMPANY. |
| 4 | By: _____/s/_____ |
| 5 | |
| 6 | |
| 7  Dated: June 7, 2005 | PERKINS COIE LLP |
|   | DAVID T. BIDERMAN |
| 8 | LISA A. DELEHUNT |
|   | Attorneys for Defendant |
| 9 | ADVANCED FOOD PRODUCTS, |
|   | Successor by Merger to REAL FRESH, INC. |
| 10 | By: _____/s/_____ |

THELEN REID
& PRIEST LLP

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND**
**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE BY 60 DAYS**
Case No. C01-20289 RMW

**CASE MANAGEMENT ORDER**

The Case Management Conference currently set for June 17, 2005 is continued to August 19, 2005 at 10:30 a.m. in Courtroom 6..

Dated: June 15, 2005

/S/ RONALD M. WHYTE
HON. RONALD M. WHYTE
United States District Judge

SV #209946 v1

THELEN REID & PRIEST LLP

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE BY 60 DAYS**
Case No. C01-20289 RMW