1  KENNETH L. NISSLY, Cal. Bar No. 077589
   SUSAN van KEULEN, Cal. Bar No. 136060
2  W. SAMUEL NIECE, Cal. Bar No. 148645
   THELEN REID & PRIEST LLP
3  225 West Santa Clara Street, Suite 1200
   San Jose, California 95113-1723
4  Telephone: (408) 292-5800
   Facsimile:  (408) 287-8040
5
   Wm STEPHEN BOYD (*pro hac vice*)
6  HUNTON & WILLIAMS
   1601 Bryan Street, 30th Floor
7  Dallas, Texas  75201-3402
   Telephone: (214) 979-3000
8  Facsimile:  (214) 880-0011

9  Attorneys for Plaintiff
   TXU ENERGY RETAIL COMPANY LP,
10 fka TXU ENERGY TRADING COMPANY
   dba TXU ENERGY SERVICES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/15/05*

| | |
|---|---|
| TXU ENERGY RETAIL COMPANY LP, fka TXU ENERGY TRADING COMPANY dba TXU ENERGY SERVICES, | CASE NO.: C01-20289 RMW  RS |
| Plaintiff and Counter-Defendant, | **STIPULATION OF DISMISSAL AS TO GRANITE CONSTRUCTION COMPANY, WESTERN RETAIL AND WILLIS BENNETT** |
| vs. | |
| AGRI-CEL, INC., ASSOCIATED ASPHALT PAVING MATERIALS, DELANO GROWERS GRAPE PRODUCTS, GRANITE CONSTRUCTION COMPANY, ILLINOIS TOOL WORKS, INC., J.G. BOSWELL COMPANY, LEPRINO FOODS COMPANY, INC., ADVANCED FOOD PRODUCTS LLC as Successor by Merger to REAL FRESH, INC., STYROTEK, INC., CANANDAIGUA WINE COMPANY, INC., GRANITE CEMENT CORPORATION, and APTCO, LLC, | **ORDER DISMISSING GRANITE CONSTRUCTION COMPANY, WESTERN RETAIL AND WILLIS BENNETT** |
| Defendants and Counter-Claimants. | |

[Caption Continued On Second Page]

THELEN REID & PRIEST LLP

**STIPULATION OF DISMISSAL AS TO GRANITE CONSTRUCTION COMPANY, WESTERN RETAIL AND WILLIS BENNETT, [PROPOSED] ORDER DISMISSING GRANITE CONSTRUCTION COMPANY, WESTERN RETAIL AND WILLIS BENNETT**
**CASE NO. C01-20289RMW RS**

| | |
|---|---|
| 1 | GRANITE CONSTRUCTION COMPANY, |
| 2 |    Third-Party Claimant |
| 3 |       vs. |
| 4 | WESTERN RETAIL ENERGY COMPANY and WILLIS BENNETT, |
| 5 |    Third-Party Defendants. |

6

7     **IT IS HEREBY STIPULATED** by and between Plaintiff and Counter-Defendant TXU

8 Energy Retail Company LP, fka TXU Energy Trading Company dba TXU Energy Services

9 ("TXU Energy"); Defendant, Counter-Claimant and Third-Party Claimant Granite Construction

10 Company ("Granite"); and Third-Party Defendants Western Retail Energy Company and Willis

11 Bennett (collectively "Western Retail") through their respective counsel that Granite is dismissed

12 as a defendant in the above-captioned action, TXU's claims against Granite and Granite's counter-

13 claims against TXU Energy, and Granite's third-party claims against Western Retail be and hereby

14 are dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each party to bear its own

15 attorneys' fees and costs.

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

THELEN REID
& PRIEST LLP

-2-

STIPULATION OF DISMISSAL AS TO GRANITE CONSTRUCTION COMPANY, WESTERN RETAIL AND WILLIS BENNETT,
[PROPOSED] ORDER DISMISSING GRANITE CONSTRUCTION COMPANY, WESTERN RETAIL AND WILLIS BENNETT
CASE NO. C01-20289RMW RS

Dated: June 14, 2005

THELEN REID & PRIEST LLP

By: /s/
KENNETH L. NISSLY
SUSAN van KEULEN
W. SAMUEL NIECE

Attorneys for Plaintiff and Counter-Defendant
TXU ENERGY RETAIL COMPANY LP,
fka TXU ENERGY TRADING COMPANY
dba TXU ENERGY SERVICES

Dated: May 18, 2005

RUTAN & TUCKER LLP

By: /s/
WILLIAM T. ELIOPOULOS
ERIN-LEIGH HENDERSON

Attorneys for Defendant, Counter-Claimant and Third-Party Claimant
GRANITE CONSTRUCTION COMPANY

Dated: May 27, 2005

ASTRELLA & RICE PC

By: /s/
T. R. RICE

Attorneys for Third-Party Defendants
WESTERN RETAIL ENERGY COMPANY and WILLIS BENNETT

**IT IS SO ORDERED.**

Dated: June 15, 2005

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

SV #188699 v2

-3-

THELEN REID & PRIEST LLP

STIPULATION OF DISMISSAL AS TO GRANITE CONSTRUCTION COMPANY, WESTERN RETAIL AND WILLIS BENNETT, [PROPOSED] ORDER DISMISSING GRANITE CONSTRUCTION COMPANY, WESTERN RETAIL AND WILLIS BENNETT
CASE NO. C01-20289RMW RS