KENNETH L. NISSLY, Cal. Bar No. 077589
SUSAN van KEULEN, Cal. Bar No. 136060
W. SAMUEL NIECE, Cal. Bar No. 148645
THELEN REID & PRIEST LLP
225 West Santa Clara Street, Suite 1200
San Jose, California 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Wm STEPHEN BOYD (*pro hac vice*)
HUNTON & WILLIAMS
1601 Bryan Street, 30th Floor
Dallas, Texas 75201-3402
Telephone: (214) 979-3000
Facsimile: (214) 880-0011

Attorneys for Plaintiff
TXU ENERGY RETAIL COMPANY LP,
fka TXU ENERGY TRADING COMPANY
dba TXU ENERGY SERVICES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 7/7/05*

| | |
|---|---|
| TXU ENERGY RETAIL COMPANY LP, fka TXU ENERGY TRADING COMPANY dba TXU ENERGY SERVICES,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>AGRI-CEL, INC., ASSOCIATED ASPHALT PAVING MATERIALS, DELANO GROWERS GRAPE PRODUCTS, GRANITE CONSTRUCTION COMPANY, ILLINOIS TOOL WORKS, INC., J.G. BOSWELL COMPANY, LEPRINO FOODS COMPANY, INC., ADVANCED FOOD PRODUCTS LLC as Successor by Merger to REAL FRESH, INC., STYROTEK, INC., CANANDAIGUA WINE COMPANY, INC., MITSUBISHI CEMENT CORPORATION, and APTCO, LLC,<br><br>Defendants and Counter-Claimants. | CASE NO.: C01-20289 RMW RS<br><br>**STIPULATION OF DISMISSAL AS TO APTCO, LLC**<br><br>**ORDER DISMISSING APTCO, LLC** |

///

///

///

**IT IS HEREBY STIPULATED** by and between Plaintiff and Counter-Defendant TXU Energy Retail Company LP, fka TXU Energy Trading Company dba TXU Energy Services ("TXU Energy") and Defendant and Counter-Claimant Aptco, LLC ("Aptco") through their respective counsel that Aptco is dismissed as a defendant in the above-captioned action and that TXU's claims against Aptco and Aptco's counter-claims against TXU Energy be and hereby are dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each party to bear its own attorneys' fees and costs.

Dated: July 1, 2005                    THELEN REID & PRIEST LLP

By: /s/
KENNETH L. NISSLY
SUSAN van KEULEN
W. SAMUEL NIECE

Attorneys for Plaintiff and Counter-Defendant
TXU ENERGY RETAIL COMPANY LP,
fka TXU ENERGY TRADING COMPANY
dba TXU ENERGY SERVICES

Dated: June 22, 2005                   BACIGALUPI, NEUFELD & ROWLEY

By: /s/
DANIEL W. ROWLEY

Attorneys for Defendant and Counter-Claimant
APTCO, LLC

**IT IS SO ORDERED**

Dated: July 7, 2005                    /s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE