KENNETH L. NISSLY, Cal. Bar No. 077589
SUSAN van KEULEN, Cal. Bar No. 136060
W. SAMUEL NIECE, Cal. Bar No. 148645
THELEN REID & PRIEST LLP
225 West Santa Clara Street, Suite 1200
San Jose, California 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Wm STEPHEN BOYD (*pro hac vice*)
HUNTON & WILLIAMS
1601 Bryan Street, 30th Floor
Dallas, Texas 75201-3402
Telephone: (214) 979-3000
Facsimile: (214) 880-0011

Attorneys for Plaintiff
TXU ENERGY RETAIL COMPANY LP,
fka TXU ENERGY TRADING COMPANY
dba TXU ENERGY SERVICES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 7/7/05*

| | |
|---|---|
| TXU ENERGY RETAIL COMPANY LP, fka TXU ENERGY TRADING COMPANY dba TXU ENERGY SERVICES,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>AGRI-CEL, INC., ASSOCIATED ASPHALT PAVING MATERIALS, DELANO GROWERS GRAPE PRODUCTS, GRANITE CONSTRUCTION COMPANY, ILLINOIS TOOL WORKS, INC., J.G. BOSWELL COMPANY, LEPRINO FOODS COMPANY, INC., ADVANCED FOOD PRODUCTS LLC as Successor by Merger to REAL FRESH, INC., STYROTEK, INC., CANANDAIGUA WINE COMPANY, INC., MITSUBISHI CEMENT CORPORATION, and APTCO, LLC,<br><br>Defendants and Counter-Claimants. | CASE NO.: C01-20289 RMW RS<br><br>**STIPULATION OF DISMISSAL AS TO REAL FRESH, INC. AND ADVANCED FOOD PRODUCTS LLC AS SUCCESSOR-BY-MERGER TO REAL FRESH, INC.**<br><br>**ORDER DISMISSING REAL FRESH, INC. AND ADVANCED FOOD PRODUCTS LLC AS SUCCESSOR-BY-MERGER TO REAL FRESH, INC.** |

///

///

///

THELEN REID & PRIEST LLP

1

STIPULATION OF DISMISSAL AS TO REAL FRESH, INC. AND ADVANCED FOOD PRODUCTS LLC
[PROPOSED]ORDER DISMISSING REAL FRESH, INC. AND ADVANCED FOOD PRODUCTS LLC
CASE NO. C01-20289 RMW RS

**IT IS HEREBY STIPULATED** by and between Plaintiff and Counter-Defendant TXU Energy Retail Company LP, fka TXU Energy Trading Company dba TXU Energy Services ("TXU Energy") and Defendant Real Fresh, Inc. ("Real Fresh") and Counter-Claimant Advanced Food Products LLC, successor-by-merger to Real Fresh, Inc. ("AFP") through their respective counsel that Real Fresh is dismissed as a defendant in the above-captioned action and that TXU's claims against Real Fresh and AFP's counter-claims against TXU Energy be and hereby are dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each party to bear its own attorneys' fees and costs.

Dated: July 1, 2005               THELEN REID & PRIEST LLP

                                  By:      /s/
                                      KENNETH L. NISSLY
                                      SUSAN van KEULEN
                                      W. SAMUEL NIECE

                                  Attorneys for Plaintiff and Counter-Defendant
                                  TXU ENERGY RETAIL COMPANY LP,
                                  fka TXU ENERGY TRADING COMPANY
                                  dba TXU ENERGY SERVICES

Dated: June 29, 2005              PERKINS COIE LLP

                                  By:      /s/
                                      DAVID T. BIDERMAN
                                      LISA A. DELEHUNT

                                  Attorneys for Defendant REAL FRESH, INC.
                                  and Counter-Claimant ADVANCED FOOD
                                  PRODUCTS LLC as Successor by Merger to
                                  REAL FRESH, INC.

**IT IS SO ORDERED**

Dated: __July 7__, 2005           /s/ Ronald M. Whyte
                                  HONORABLE RONALD M. WHYTE
                                  UNITED STATES DISTRICT JUDGE

THELEN REID
& PRIEST LLP

2
STIPULATION OF DISMISSAL AS TO REAL FRESH, INC. AND ADVANCED FOOD PRODUCTS LLC
[PROPOSED]ORDER DISMISSING REAL FRESH, INC. AND ADVANCED FOOD PRODUCTS LLC
CASE NO. C01-20289 RMW RS