Patrick T. Markham, Esq.- CSBN 114542
Richard M. Jacobson, Esq.- CSNB 114520
**JACOBSON MARKHAM, L.L.P.**
8880 Cal Center Drive, Suite 100
Sacramento, California 95826
Telephone: (916) 854-5969
Facsimile: (916) 854-5965

Attorneys for Defendant,
LEPRINO FOODS COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 1/6/06*

| | |
|---|---|
| TXU ENERGY RETAIL L.P., formerly known as TXU ENERGY TRADING COMPANY, dba TXU ENERGY SERVICES, <br><br> Plaintiffs and Counter-Defendant, <br><br> v. <br><br> LEPRINO FOODS COMPANY, a Colorado corporation, <br><br> Defendant and Counter-Claimant. | CASE NO.: C01-20289 RMW <br><br> **STIPULATION AND ORDER TO EXTEND CLOSE OF FACT DISCOVERY** |

Defendant and counter-claimant LEPRINO FOODS COMPANY (hereinafter "LEPRINO") and Plaintiff TXU ENERGY RETAIL L.P., formerly known as TXU ENERGY TRADING COMPANY dba TXU ENERGY SERVICES (hereinafter "TXU") enter into the following stipulation:

WHEREAS on August 19, 2005, TXU and LEPRINO (collectively "the parties") participated in a case management conference in the United States District Court for the Northern District of California before Judge Ronald M. Whyte wherein Judge Whyte ordered dates for trial and discovery scheduling as follows:

1. Trial is re-set for August 21, 2006.

2. Final pretrial conference is set for August 10, 2006.

3. Pretrial conference statements are due August 4, 2006.

1
**STIPULATION AND ORDER TO EXTEND CLOSE OF FACT DISCOVERY**

|  |  |
|---|---|
| 1 | 4. Last day to file dispositive motions is July 7, 2006. |
| 2 | 5. Expert disclosures are due January 31, 2006. |
| 3 | 6. Fact discovery closes January 31, 2006. |
| 4 | 7. Expert discovery closes March 6, 2006. |

WHEREAS on September 20, 2005, the parties submitted a proposed order following subsequent case management conference with the United States District Court for the Northern District of California, Document No. 344, containing the above scheduling information as agreed upon by and between the parties, including the close of fact discovery on January 31, 2006;

WHEREAS on November 4, 2005 the parties participated in a settlement conference before Magistrate Judge Richard Seeborg wherein the parties attempted to reach a mutually agreed upon settlement, which was unsuccessful. The parties agreed to continue settlement discussions in an attempt to informally resolve the dispute at issue.

WHEREAS after continued settlement discussions, the parties have not reached an agreement but desire to extend time to complete fact discovery and exchange and disclosure of expert witnesses.

THEREFORE it is hereby stipulated by and between the parties as follows:

1. The current termination of fact discovery and the date for disclosure of expert witnesses set for January 31, 2006 shall be vacated.

2. The date for close of fact discovery, and the disclosure of expert witnesses and exchange of expert reports shall be March 3, 2006, and therefore expert disclosure will close March 24, 2006.

Dated: _____ JACOBSON MARKHAM, L.L.P.

/s/
By: PATRICK T. MARKHAM
Attorneys for Defendant and Counter-claimant
LEPRINO FOODS COMPANY

Dated: _____ THELEN REID & PRIEST L.L.P.

/s/
By: W. Samuel Niece
Attorneys for Plaintiff TXU ENERGY RETAIL L.P.,
formerly known as TXU ENERGY TRADING
COMPANY, dba TXU ENERGY SERVICES

**STIPULATION AND ORDER TO EXTEND CLOSE OF FACT DISCOVERY**

## **ORDER**

IT IS ORDERED the Court accepts the parties' stipulation, and the close of fact discovery, disclosure of expert witnesses and exchange of expert reports shall be March 3, 2006 and the close of expert discovery shall be March 24, 2006.

Dated: 1/6/06 ,            /s/ Ronald M. Whyte
                                                   Judge of the District Court

**STIPULATION AND ORDER TO EXTEND CLOSE OF FACT DISCOVERY**

Jacobson Markham LLP
Sacramento, California