KENNETH L. NISSLY, Cal. Bar No. 077589
kenissly@thelenreid.com
SUSAN van KEULEN, Cal. Bar No. 136060
svankeulen@thelenreid.com
W. SAMUEL NIECE, Cal. Bar No. 148645
wsniece@thelenreid.com
THELEN REID & PRIEST LLP
225 West Santa Clara Street, Suite 1200
San Jose, California 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

WILLIAM STEPHEN BOYD (*pro hac vice*)
sboyd@hunton.com
HUNTON & WILLIAMS
1601 Bryan Street, 30th Floor
Dallas, Texas 75201-3402
Telephone: (214) 979-3000
Facsimile: (214) 880-0011

Attorneys for Plaintiff
TXU ENERGY RETAIL COMPANY LP,
fka TXU ENERGY TRADING COMPANY,
dba TXU ENERGY SERVICES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/17/06*

| | |
|---|---|
| TXU ENERGY RETAIL COMPANY LP, fka TXU ENERGY TRADING COMPANY, dba TXU ENERGY SERVICES,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>AGRI-CEL, INC., ASSOCIATED ASPHALT PAVING MATERIALS, DELANO GROWERS GRAPE PRODUCTS, GRANITE CONSTRUCTION COMPANY, ILLINOIS TOOL WORKS, INC., J.G. BOSWELL COMPANY, LEPRINO FOODS COMPANY, INC., ADVANCED FOOD PRODUCTS LLC as Successor by Merger to REAL FRESH, INC., STYROTEK, INC., CANANDAIGUA WINE COMPANY, INC., MITSUBISHI CEMENT CORPORATION, and APTCO, LLC,<br><br>Defendants and Counterclaim Plaintiffs. | CASE NO.: C01-20289 RMW<br><br>**STIPULATION AND**<br><br>**ORDER EXTENDING CLOSE OF FACT DISCOVERY AND EXPERT DISCLOSURES BY ONE WEEK** |

THELEN REID
& PRIEST LLP

**STIPULATION AND ORDER EXTENDING CLOSE OF FACT DISCOVERY AND EXPERT DISCLOSURES BY ONE WEEK**
**Case No. C01-20289 RMW**

Plaintiff/counter-defendant TXU Energy Retail L.P. and Defendant/counter-claimant Leprino Foods Company stipulate as follows:

TXU Energy and Leprino are the only parties remaining in the case.

On January 6, 2006 the parties stipulated and the Court ordered that date for close of fact discovery and disclosure of expert witnesses was extended from January 31, 2006 to March 3, 2006, and that the close of expert discovery was extended from March 6, 2006 to March 24, 2006.

Due to difficulties in scheduling various depositions, including a former employee of TXU Energy, the parties will not be able to complete depositions prior to the current March 3, 2006 cut-off date, but expect to complete all remaining depositions during the week of March 6-10, 2006.

TXU Energy has proposed extending the close of fact discovery and the date for expert disclosures to March 10, 2006. Counsel for Leprino Foods Company agrees.

Accordingly, TXU Energy and Leprino respectfully request that the Court extend the close of fact discovery and the date for expert disclosures by one week, to March 10, 2006.

February 16, 2006    THELEN REID & PRIEST LLP

_____/s/_____
W. SAMUEL NIECE
Attorneys for TXU Energy Retail L.P.

February 16, 2006    STEEFEL, LEVITT & WEISS PC

_____/s/_____
ARTHUR J. FRIEDMAN
Attorneys for Leprino Foods Company

## **ORDER**

IT IS ORDERED that the date for close of fact discovery, disclosure or expert witnesses and exchange of expert reports is extended one week, from March 3, 2006 to March 10, 2006. The close of expert discovery remains March 24, 2006.

Dated: February 17, 2006         /s/ Ronald M. Whyte
                                 HONORABLE RONALD M. WHYTE
                                 United States District Judge

-2-
**STIPULATION AND ORDER EXTENDING CLOSE OF FACT DISCOVERY AND EXPERT DISCLOSURES ONE WEEK**
**Case No. C01-20289 RMW**

THELEN REID
& PRIEST LLP