MARK FOGELMAN (State Bar No. 50510)
Email: mfogelman@steefel.com
ARTHUR J. FRIEDMAN (State Bar No. 160867)
Email: afriedman@steefel.com
SHIRLEY E. JACKSON (State Bar No. 205872)
Email: sjackson@steefel.com
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, CA 94111-3719
Telephone: (415) 788-0900
Facsimile: (415) 788-2019

PATRICK T. MARKHAM (State Bar No. 114542)
Email: ptmarkham@jacobsonmarkham.com
G. RICH GILLESPIE (State Bar No. 199672)
Email: grgillespie@jacobsonmarkham.com
JACOBSON MARKHAM, L.L.P.
8880 Cal Center Drive, Suite 100
Sacramento, CA 95826
Telephone: (916) 854-5969
Facsimile: (916) 854-5965

Attorneys for Defendant and Counter-Claimant
LEPRINO FOODS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/6/06*

| | |
|---|---|
| TXU ENERGY RETAIL COMPANY LP, fka TXU ENERGY TRADING COMPANY, dba TXU ENERGY SERVICES,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>AGRI-CEL, INC., ASSOCIATED ASPHALT PAVING MATERIALS, DELANO GROWERS GRAPE PRODUCTS, GRANITE CONSTRUCTION COMPANY, ILLINOIS TOOL WORKS, INC., J.G. BOSWELL COMPANY, LEPRINO FOODS COMPANY, INC., ADVANCED FOOD PRODUCTS LLC as Successor by Merger to REAL FRESH, INC., STYROTEK, INC., CANANDAIGUA WINE COMPANY, INC., MITSUBISHI CEMENT CORPORATION, and APTCO, LLC,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. C01-20289 RMW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CLOSE OF EXPERT DISCOVERY** |

STIPULATION AND [PROPOSED] ORDER EXTENDING CLOSE OF EXPERT DISCOVERY
(No. C01-20289 RMW (RS))
19805:6499195.1

1

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
ONE EMBARCADERO CENTER · 30TH FLOOR · SAN FRANCISCO, CA 94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019

Plaintiff and Counter-Defendant TXU Energy Retail Company, L.P., fka TXU Energy Trading Company, dba TXU Energy Services ("TXU Energy"), and Defendant and Counter-Claimant Leprino Foods Company ("Leprino") hereby stipulate as follows:

TXU Energy and Leprino are the only parties remaining in this case.

On January 6, 2006, the parties stipulated and the Court ordered that, *inter alia*, the deadline for disclosures of expert witnesses was extended from January 31, 2006 to March 3, 2006 and the close of expert discovery was extended from March 6, 2006 to March 24, 2006.

On February 16, 2006, the parties stipulated and the Court thereafter ordered on February 17, 2006 that, *inter alia*, the deadline for disclosures of expert witnesses was extended from March 3, 2006 to March 10, 2006. The close of expert discovery remained March 24, 2006.

On March 10, 2006, the parties timely and collectively disclosed four expert witnesses located in Maryland, Texas and Washington D.C.

Due to difficulties in scheduling the various depositions of expert witnesses, the parties will not be able to complete the expert witness depositions prior to the current March 24, 2006 cut-off date, but expect to complete all expert witness depositions by April 27, 2006.

Leprino and TXU Energy agree to extend the close of expert discovery to April 27, 2006.

Accordingly, Leprino and TXU Energy respectfully request that the Court extend the close of expert discovery to April 27, 2006.

Dated: March ____, 2005

THELEN REID & PRIEST LLP

BY: /s/ — See attached —
W. SAMUEL NIECE
Attorneys for Plaintiff and Counter-Defendant
TXU ENERGY RETAIL L.P.

Dated: March 21, 2005

STEEFEL, LEVITT & WEISS
A Professional Corporation

By: _____
Arthur J. Friedman
Attorneys for Defendant
and Counter-Claimant
LEPRINO FOODS COMPANY

STIPULATION AND [PROPOSED] ORDER EXTENDING CLOSE OF EXPERT DISCOVERY
(No. C01-20289 RMW (RS))
19805:6499195.1

2

Plaintiff and Counter-Defendant TXU Energy Retail Company, L.P., fka TXU Energy Trading Company, dba TXU Energy Services ("TXU Energy"), and Defendant and Counter-Claimant Leprino Foods Company ("Leprino") hereby stipulate as follows:

TXU Energy and Leprino are the only parties remaining in this case.

On January 6, 2006, the parties stipulated and the Court ordered that, *inter alia*, the deadline for disclosures of expert witnesses was extended from January 31, 2006 to March 3, 2006 and the close of expert discovery was extended from March 6, 2006 to March 24, 2006.

On February 16, 2006, the parties stipulated and the Court thereafter ordered on February 17, 2006 that, *inter alia*, the deadline for disclosures of expert witnesses was extended from March 3, 2006 to March 10, 2006. The close of expert discovery remained March 24, 2006.

On March 10, 2006, the parties timely and collectively disclosed four expert witnesses located in Maryland, Texas and Washington D.C.

Due to difficulties in scheduling the various depositions of expert witnesses, the parties will not be able to complete the expert witness depositions prior to the current March 24, 2006 cut-off date, but expect to complete all expert witness depositions by April 27, 2006.

Leprino and TXU Energy agree to extend the close of expert discovery to April 27, 2006.

Accordingly, Leprino and TXU Energy respectfully request that the Court extend the close of expert discovery to April 27, 2006.

Dated: March 21, 2005

THELEN REID & PRIEST LLP

BY: _____
W. SAMUEL NIECE
Attorneys for Plaintiff and Counter-Defendant
TXU ENERGY RETAIL L.P.

Dated: March ____, 2005

STEEFEL, LEVITT & WEISS
A Professional Corporation

By: /s/ —see attached—
Arthur J. Friedman
Attorneys for Defendant
and Counter-Claimant
LEPRINO FOODS COMPANY

STIPULATION AND [PROPOSED] ORDER EXTENDING CLOSE OF EXPERT DISCOVERY
(No. C01-20289 RMW (RS))    2
19805:6499195.1

## ORDER

IT IS ORDERED that the date for close of expert discovery is extended from March 24, 2006 to April 27, 2006.

IT IS SO ORDERED.

Dated: March 31, 2006

/s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
United States District Judge

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
ONE EMBARCADERO CENTER · 30TH FLOOR · SAN FRANCISCO, CA 94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019