SUSAN van KEULEN, Cal. Bar No. 136060
svankeulen@thelenreid.com
W. SAMUEL NIECE, Cal. Bar No. 148645
wsniece@thelenreid.com
THELEN REID & PRIEST LLP
225 West Santa Clara Street, Suite 1200
San Jose, California 95113-1723
Telephone: (408) 292-5800
Facsimile:  (408) 287-8040

WILLIAM STEPHEN BOYD (*pro hac vice*)
sboyd@hunton.com
RICHARD L. ADAMS (*pro hac vice*)
radams@hunton.com
HUNTON & WILLIAMS LLP
1601 Bryan Street, 30th Floor
Dallas, Texas  75201-3402
Telephone: (214) 979-3000
Facsimile:  (214) 880-0011

Attorneys for Plaintiff / Counterclaim Defendant,
TXU ENERGY RETAIL COMPANY LP,
fka TXU ENERGY TRADING COMPANY
dba TXU ENERGY SERVICES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION  *E-FILED - 11/7/06*

| | |
|---|---|
| TXU ENERGY RETAIL COMPANY LP, fka TXU ENERGY TRADING COMPANY dba TXU ENERGY SERVICES,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>AGRI-CEL, INC., ASSOCIATED ASPHALT PAVING MATERIALS, DELANO GROWERS GRAPE PRODUCTS, GRANITE CONSTRUCTION COMPANY, ILLINOIS TOOL WORKS, INC., J.G. BOSWELL COMPANY, LEPRINO FOODS COMPANY, INC., ADVANCED FOOD PRODUCTS LLC as Successor by Merger to REAL FRESH, INC., STYROTEK, INC., CANANDAIGUA WINE COMPANY, INC., MITSUBISHI CEMENT CORPORATION, and APTCO, LLC,<br><br>Defendants and Counterclaim Plaintiffs. | CASE NO.:  C01-20289 RMW<br><br>**ORDER GRANTING PERMISSION TO BRING EQUIPMENT INTO COURTROOM**<br><br>Date:  November 6, 2006<br>Time:  1:30 p.m.<br>Courtroom:  6 (4th Floor)<br>Judge:  Hon. Ronald M. Whyte |

It is hereby ordered that the parties shall be permitted to bring the following items into the courtroom for trial of the above-referenced matter, oral argument of which is scheduled to begin on November 13, 2006:

1. Six 19" Samsung monitors
2. One 4500 Lumens Plus Video Projector
3. One 100" screen
4. One Elmo
5. Set of speakers(2 speakers)
6. Two trial tech tables
7. Four laptop computers
8. Inline 6 in x 1 out VGA switch
9. Inline 1 in x 8 out VGA DA
10. Four Bookshelves
11. Carts, cables, skirts, stands, power strips

IT IS SO ORDERED.

Dated: November _7_, 2006

/s/ Ronald M. Whyte
_____
Hon. Ronald M. Whyte
United States District Court Judge

Respectfully submitted:

THELEN, REID & PRIEST LLP

HUNTON & WILLIAMS LLP

By: _____
SUSAN van KEULEN
Attorneys for Plaintiff/Counter-Defendant
TXU ENERGY RETAIL COMPANY LP,
fka TXU ENERGY TRADING COMPANY
dba TXU ENERGY SERVICES

Approved by:

REED SMITH LLP

STEEFEL, LEVITT & WEISS

By: _____
MARK FOGELMAN
Attorneys for Defendant/Counter-Claimant
LEPRINO FOODS' COMPANY