SUSAN van KEULEN, Cal. Bar No. 136060
svankeulen@thelenreid.com
W. SAMUEL NIECE, Cal. Bar No. 148645
wsniece@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, California 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

WILLIAM STEPHEN BOYD (*pro hac vice*)
sboyd@hunton.com
RICHARD L. ADAMS (*pro hac vice*)
radams@hunton.com
HUNTON & WILLIAMS LLP
1601 Bryan Street, 30th Floor
Dallas, Texas 75201-3402
Telephone: (214) 979-3000
Facsimile: (214) 880-0011

Attorneys for Plaintiff/Counter-Defendant
TXU ENERGY RETAIL COMPANY LP,
fka TXU ENERGY TRADING COMPANY
dba TXU ENERGY SERVICES

E-FILED ***12/18/06***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TXU ENERGY RETAIL COMPANY LP, fka TXU ENERGY TRADING COMPANY dba TXU ENERGY SERVICES,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>AGRI-CEL, INC., ASSOCIATED ASPHALT PAVING MATERIALS, DELANO GROWERS GRAPE PRODUCTS, GRANITE CONSTRUCTION COMPANY, ILLINOIS TOOL WORKS, INC., J.G. BOSWELL COMPANY, LEPRINO FOODS COMPANY, INC., ADVANCED FOOD PRODUCTS LLC as Successor by Merger to REAL FRESH, INC., STYROTEK, INC., CANANDAIGUA WINE COMPANY, INC., MITSUBISHI CEMENT CORPORATION, and APTCO, LLC,<br><br>Defendants and Counter-Claimants. | CASE NO.: C01-20289 RMW RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE SCHEDULE FOR POST-TRIAL MOTIONS** |

Plaintiff/counter-defendant TXU Energy Retail Company L.P. and Defendant/counter-claimant Leprino Foods Company stipulate and request the Court to adopt the following schedule for post-trial motions:

| | |
|---|---|
| File Motions: | 10 calendar days (excluding weekends and holidays) after entry of Judgment (Assuming Judgment issues no later than December 28, 2006) |
| Oppositions: | January 19, 2007 |
| Replies: | February 2, 2007 |
| Hearing on Motions: | February 16, 2007 |

December 11, 2006   THELEN REID BROWN RAYSMAN & STEINER LLP

/s/
W. SAMUEL NIECE
Attorneys for TXU Energy Retail L.P.

December 11, 2006   REED SMITH LLP

/s/
MARK FOGELMAN
Attorneys for Leprino Foods Company

**SIGNATURE ATTESTATION**

In accordance with General Order 45, Part X9B), I hereby attest that concurrence in the filing of this document has been obtained from Mark Fogelman, the other signatory.

/s/
James D. Moore

**ORDER**

The above schedule for post-trial motions is adopted.

Dated: December __18_, 2006

/s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
United States District Judge

SV #275253 v1